```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0117--CV (RRB)
               "EDWARD TOCKTOO V CRAIG TURNBULL"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:   The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:   4(4)
            Filed:   05/28/04
           Closed:   NO

     Jurisdiction:   (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:   (530) Habeas Corpus: General
                     28:2254
           Origin:   (1) Original Proceeding
           Demand:
       Filing fee:   In Forma Pauperis
         Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1          TOCKTOO, EDWARD                Michael D. Dieni
                                                Federal Public Defender
                                                550 W. 7th Avenue, Suite 1600
                                                Anchorage, AK 99501
                                                907-646-3400
                                                FAX 907-646-3480

DEF 1.1          TURNBULL, CRAIG                John A. Scukanec
                                                OSPA
                                                310 K Street, Suite 308
                                                Anchorage, AK 99501
                                                907-269-6250

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0117--CV (RRB)
                          "EDWARD TOCKTOO V CRAIG TURNBULL"

                                 For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed: 05/28/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:


 Document #   Filed     Docket text
 ----------   -----     -----------
     1 -  1   05/28/04  Application to proceed without prepayment of fees w/att exhs.

     2 -  1   05/28/04  PLF 1 Petition for Writ of H/C per 28:2254 w/att exh.

     3 -  1   05/28/04  PLF 1 motion (application) for appointment of counsel.

     4 -  1   06/04/04  RRB Order plf's appl to proceed w/out payment of fees at dkt 1 is
                        denied. Plf must pay the $5.00 filing fees by 7/6/04. Plf to amned his
                        petition or notice of voluntary dsml by 7/6/04. The mot for appt of cnsl
                        will not be addresssed until plf complies with this order. Plf to follow
                        LR 10.1(b).  cc: E. Tocktoo w/Form PSO3, PSO9 & pro se handbook,
                        Finance, PSLC

     5 -  1   06/28/04  PLF 1 motion for extension of time to file order to amend writ for
                        Habeas Corpus.

     6 -  1   07/02/04  RRB Minute Order granting motion for extension of time to file order to
                        amend writ for Habeas Corpus (5-1) by 8/6/04.  cc: cnsl, PSLC

     7 -  1   07/06/04  PLF 1 Petition for Writ of H/C per 28:2254(Amended) w/att exhs.

     8 -  1   07/09/04  RRB Order that clk serve cy of amended pet on D. Kossler; granting mot
                        (appl) for appt of cnsl (3-1); FPD to designate cnsl; amended pet or
                        notice that no amended pet will be fld due 8/9/04; def has until 9/9/04
                        to file ans; case is referred to MJ Roberts per D.Ak.LMR 4(4). cc: cnsl,
                        FPD (CJA Clk), MJ Roberts, PSLC

     9 -  1   07/16/04  DEF 1 Attorney Appearance John A. Scukanec.

    10 -  1   07/20/04  PLF 1 Attorney Appearance of M. Dieni.

    11 -  1   08/09/04  PLF 1 Unopposed motion on shortened time for 2 week ext of time to file
                        amended petition.

    12 -  1   08/10/04  JDR Order granting unopposed motion on shortened time for 2 week ext of
                        time to 8/23/04 file amended petition; response due 9/22/04 (11-1). cc:
                        cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0117--CV (RRB)
                                 "EDWARD TOCKTOO V CRAIG TURNBULL"

                                         For all filing dates


 Document #    Filed       Docket text

    13 -   1   08/23/04    PLF 1 Petition for Writ of H/C per 28:2254(Amended).

    14 -   1   09/22/04    DEF 1 Response to amended petition.

    15 -   1   09/22/04    DEF 1 Notice of lodging w/att exhs.

    16 -   1   09/23/04    JDR Minute Order re S&P set for 10/6/04 at 9:30 a.m. cc: cnsl

    17 -   1   09/28/04    DEF 1 Unopposed motion to continue scheduling conference.

    18 -   1   10/01/04    JDR Order granting unopposed motion to continue scheduling conference
                           (17-1); S&P conf reset to 10/12/04 at 9:30 a.m. cc: cnsl

    19 -   1   10/08/04    PLF 1 motion for defendant (sic) to appear telephonically (filed on
                           shortened time) w/att aff.

    20 -   1   10/08/04    JDR Minute Order granting mot for def (sic) to appear telephonically
                           (fld on shortened time) (19-1). cc: cnsl

    21 -   1   10/12/04    JDR Court Minutes [ECR: Caroline Edmiston] re S&P conf hld 10/12/04;
                           discovery due 11/29/04; amendment to pleadings due 12/14/04;
                           respondent's preliminary motions due 12/29/04. cc: cnsl

    22 -   1   12/10/04    PLF 1 Unopposed motion on shortened time for 60 day ext of time to file
                           add amended pleadings.

    23 -   1   12/13/04    JDR Order granting unopposed motion on shortened time for 60 day ext of
                           time to file add amended pleadings (22-1); ameneded pleadings due
                           2/14/05; respondents prelim mots due 2/28/05. cc: cnsl

    24 -   1   02/11/05    PLF 1 motion for stay of proceedings w/att aff & exhs.

    25 -   1   02/18/05    DEF 1 opposition to PLF 1 motion for stay of proceedings (24-1).

    26 -   1   02/24/05    PLF 1 reply to opposition to PLF 1 motion for stay of proceedings
                           (24-1). w/att exhs.
```