UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EDWARD TOCKTOO   v.   CRAIG TURNBULL

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                                 CASE NO.  3:04-CV-00117-RRB

John W. Erickson, Jr.                            DATE: August 15, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS RE
MOTION TO STAY & SCHEDULING OF STATUS CONFERENCE**

On February 11, 2005, Plaintiff Edward Tocktoo filed a Motion to Stay (Docket No. 27) in the present matter. The matter was taken under advisement on February 24, 2005. As of August 14, 2006, no further action has been taken. As a result, the Court desires a status conference to inquire as to the present status of this case. To that end, a status conference is hereby scheduled for **Thursday, August 24, 2006, at 9:30 a.m.**, in Courtroom 2, in Anchorage.