Tamara E. de Lucia
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Tamara_DeLucia@law.state.ak.us

Attorney for Respondent Craig Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| EDWARD TOCKTOO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:04-cv-117-RRB |
| | ) | |
| CRAIG TURNBULL, | ) | <u>SUPERSEDING</u> |
| | ) | <u>ENTRY OF APPEARANCE</u> |
| Respondent. | ) | |
| | ) | |

The undersigned hereby enters her appearance as attorney for the Respondent. All further pleadings and communications in this case should be addressed to:

> Tamara E. de Lucia
> Office of Special Prosecutions and Appeals
> 310 K Street, Suite 308
> Anchorage, Alaska 99501

DATED August 16, 2006 , at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ Tamara E. de Lucia
>     Assistant Attorney General
>     State of Alaska, Dept. of Law
>     Office of Special Prosecutions
>         and Appeals
>     310 K St., Suite 308
>     Anchorage, Alaska 99501
>     Telephone: (907) 269-6250
>     Facsimile: (907) 269-6270
>     e-mail: Tamara_DeLucia@law.state.ak.us
>     Alaska Bar. No. 9906015

**Certificate of Service**

I certify that on August 16, 2006, a copy of the foregoing Superseding Entry of Appearance was served electronically on Michael D. Dieni.

> s/ Tamara E. de Lucia