UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  TOCKTOO  </u>  v.  <u>  TURNBULL  </u>

DATE: <u>  August 21, 2006  </u>    CASE NO.  <u>  3:04-CV-0117-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING NOTICE**

___

The status hearing scheduled in this matter for August 24, 2006, is **RESCHEDULED** and will be held on **Wednesday, August 23, 2006, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING