IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT NOME

FILED in the Trial Court
State of Alaska, Second District

JAN 2 3 1998

By _____ Deputy

State of Alaska,                     )
                                     )
          Plaintiff,                 )
                                     )
     vs.                             )
                                     )  Case No. 2NO-S98-038 Cr.
Edward Tocktoo,                      )
DOB: 05/26/69                        )
ATN: 100 994 401                     )
                                     )
          Defendant.                 )
_____)

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual crime listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

INDICTMENT

for

<u>Counts I - III: Sexual Abuse of A Minor 2</u>
Violation of AS 11.41.436(a)(1)

<u>Ct. IV: Attempted Sexual Abuse of a Minor 1</u>
Violation of AS 11.41.434(a)(1)
           AS 11.31.100(a)

<u>The Grand Jury Charges:</u>

Count I

That on or about the 27th day of November, 1997, at or near Brevig Mission, in the Second Judicial District, State of

Exhibit A
Page 1 of 3

DISTRICT ATTORNEY, STATE OF ALASKA
P. O. BOX 160, NOME, ALASKA 99762
PHONE: (907) 443-2296

000017

Alaska, Edward Tocktoo, being more than 16 years of age, to wit: 28 years of age, did unlawfully engage in sexual penetration with B.E.B., dob: 08/31/82, a person between 13 and 16 years of age and at least three years younger than the defendant.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.436(a)(1) and against the peace and dignity of the State of Alaska.

### Count II

That on or about December, 1997, at or near Brevig Mission, in the Second Judicial District, State of Alaska, Edward Tocktoo, being more than 16 years of age, to wit: 28 years of age, did unlawfully engage in sexual penetration with B.E.B., dob: 08/31/82, a person between 13 and 16 years of age and at least three years younger than the defendant.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.436(a)(1) and against the peace and dignity of the State of Alaska

### Count III

That on or about December, 1997, at or near Brevig Mission, in the Second Judicial District, State of Alaska, Edward Tocktoo, being more than 16 years of age, to wit: 28 years of age, did unlawfully engage in sexual penetration with B.E.B., dob: 08/31/82, a person between 13 and 16 years of age and at least three years younger than the defendant.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.436(a)(1) and against the peace and dignity of the State of Alaska.

Count IV

That on or the 27th day of November, 1997, at or near Brevig Mission, in the Second Judicial District, State of Alaska, Edward Tocktoo, being 16 years of age or older, to wit: 28 years of age, did unlawfully attempt to engage in sexual penetration with K.M., dob: 09/03/85, a person under 13 years of age.

All of which is a class A felony offense being contrary to and in violation of AS 11.41.434(a)(1) and AS 11.31.100(a) against the peace and dignity of the State of Alaska.

DATED this 23rd day of January, 1998, at Nome, Alaska.

A TRUE BILL

_____          _____
Foreperson of the Grand Jury              John R. Vacek
                                          District Attorney


Witnesses Before the Grand Jury
B.E.B.
K.M.
Trooper John Johnston

DISTRICT ATTORNEY, STATE OF ALASKA
P. O. BOX 160, NOME, ALASKA 99762
PHONE: (907) 443-2296