RETURN TO NOME J.S.
empt From VRA Certif.

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT NOME

(X) STATE OF ALASKA )
( )                  )
                     )    FILED in the Trial Courts
          Plaintiff, )    State of Alaska, Second District
                     )    at NOME                           received
vs.                  )                                       1 23 98
                     )    JAN 2 6 1998
Edward Tocktoo,      )
                     )    By _____ Deputy
          Defendant. )    CASE NO. 2NO-S98-038-         CR
                     )
                          ARREST WARRANT

To Any Peace Officer Or Other Authorized Person:

You are commanded to arrest the defendant and bring the defendant before the nearest available judicial officer without unnecessary delay to answer to a complaint/information/indictment charging the defendant with violation of

AS 11.41.436(a)(1) and AS 11.41.434(a)(1) and AS11.31.100(a)
(statute or ordinance)
3 Counts Sexual Abuse of a Minor 2° and 1 Ct of Attempted Sexual Abuse
(offense)
of a Minor 1°

Bail is set at $10,000.00

January 23, 1998                    /s/ B. Esch
    Date            Judge/Deputy Clerk as ordered on the record
                                by Judge

(SEAL)              Ben Esch, Superior Court Judge
                        Type or Print Judge's Name

Sex: Male  Race: ___  Ht: ___  Wt: ___  Hair: ___  Eyes: ___
DOB: 05/26/69    OL/ID ___           SSN ___
Last Known Address: Brevig Mission, Alaska        phone: ___
Place of Employment: ___                           phone: ___

RETURN

I received the above warrant on Edd ock too 19 98, and executed it by arresting the defendant and serving the defendant with a copy of this warrant in Brevig Mission, Alaska, on January 24, 1998.

1-24-98         /s/ C. Bradley         Elmer Roy Bradley
Return Date   Signature of Peace Officer   Type or Print Name

CR-115 (12/91)(st.3)                          Exhibit B
ARREST WARRANT              Crim. R. 4 & 9    Page 1 of 1

000346