No VRA Screening Necessary

IN THE DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA
AT _____NOME_____

( x ) STATE OF ALASKA,
(  )
       Plaintiff,

vs.

*Edward Tocktoo*
       Defendant.

FILED in the Trial Courts
State of Alaska, Second District
at NOME
JAN 2 ? 199?
By _____ Deputy

CASE NO. **2NO-S98-38** CR

ORDER APPOINTING/~~DENYING~~
COUNSEL AT PUBLIC EXPENSE

[X] **Defendant's request for court-appointed counsel is GRANTED.**
 [X] The Public Defender Agency is appointed.
 [ ] The Office of Public Advocacy is appointed.
 [ ] _____, attorney, is appointed.

Defendant is ordered to contact the appointed attorney within __4__ days at the following address: PO Box 203, Nome, Alaska 99762  Phone: (907) 443-2281
*Financial Affidavit due by 2/5/98,* (800) 478-2279
If convicted, defendant will be ordered to pay part of the cost of appointed counsel pursuant to Criminal Rule 39. Defendant is ordered to notify the court if defendant's employment changes or if defendant receives money or other assets not previously reported to the court.

[ ] **Defendant's request for court-appointed counsel is DENIED.** Defendant must either:

1. hire an attorney and have the attorney enter an appearance in the case by _____ ; or

2. appear in court on _____ at _____ a.m./p.m. to request reconsideration of the denial or ask to proceed without an attorney. In order to request reconsideration, the defendant must be prepared to show that he/she has attempted to hire a private attorney.

__1/27/98__
Date

_____ (signature)
Judge
Bradley N. Gater
Type or Print Name

I certify that on __01-27-98__ a copy of this order was sent or given to:
 Appointed Counsel
 Defendant (01-24-98)
 Prosecutor
Clerk: __mv__

Defendant's home & mailing address: _____
Phone: Home _____ Work _____ In Custody [✓] yes [ ] no
Next court date: __1/28/98__ at __130__ a.m./(p.m)
For purpose of __arrgn on indictment__

Exhibit C
Page 1 of 1

CR-210 (9/93)(st.4)
ORDER APPOINTING/DENYING COUNSEL AT PUBLIC EXPENSE
000343
AS 18.85.1??.?0
Crim. Rule 39