IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT NOME

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) Plaintiff, ) | MAR 1 6 1998 |
| v. ) | |
| ) | |
| EDWARD TOCKTOO, ) | **OMNIBUS HEARING ORDER** |
| ) Defendant. ) | |
| Case No. 2NO-S98-00038 CR | |

This matter came on for Omnibus Hearing on March 16, 1998, before the Honorable Ben Esch, Superior Court Judge. Present in court was plaintiff's attorney, John Vacek, District Attorney, defendant's attorney, Kirsten Bey, Public Defender, and the defendant.

This Court addressed whether discovery has been completed pursuant to Criminal Rule 16. The State indicated full discovery has been made, the defendant's counsel agreeing thereto.

Defendant's counsel gave notice that the defendant does not intend to rely upon any of the specific defenses of entrapment, insanity, self-defense, alibi, and/or coercion and diminished capacity.

Defendant's counsel gave notice that there may be some evidentiary issues regarding the admissability of prior convictions. Any such motion(s) shall be filed with this Court not later than ten (10) days prior to trial.

No motions will be allowed without court order and any such order will be granted only upon a showing of <u>very</u> good cause.

THEREFORE, IT IS FURTHER ORDERED that:

1. Jury Instructions will be filed with the Nome Trial Courts by January 13, 1998, together with any requests for lesser included offenses and instructions thereon and transitional instructions therefore;
2. Calendar Trial Call will be had on April 20, at 9:00 a.m.;
3. Jury Trial (including selection of the jury) will begin on April 21, 1998, at 9:00 a.m. in the Nome Trial Courts;
4. Bail and/or Conditions of Release remain as previously set by this court.

DATED at Nome, Alaska this 16 day of March, 1998.

BEN ESCH
SUPERIOR COURT JUDGE

I certify that on 3-16-98
I sent a true and correct
copy of this Order to:
Exhibit D
Page 1 of 1
DA, PD
TBwe

Lewis 5/29/98

000334