## Page 344

```
                    CALENDAR CALL

            BEFORE THE HONORABLE BEN J. ESCH
                    Superior Court Judge

                                Nome, Alaska
                                April 20, 1998
                                8:55 o'clock a.m.
APPEARANCES:

    FOR THE PLAINTIFF:      JOHN R. VACEK
                            District Attorney
                            Post Office Box 160
                            Nome, Alaska 99762

    FOR THE DEFENDANT:      KIRSTEN J. BEY
                            Assistant Public Defender
                            Post Office Box 203
                            Nome, Alaska 99762
```

## Page 345

P R O C E E D I N G S

2NOA-3763

0003

THE CLERK: Superior Court for the Second Judicial District at Nome is now in session. The Honorable Ben Esch presiding.

THE COURT: Please be seated. Very well. We're on now in trial call. First, let's begin -- first let's take the matter of State of Alaska versus Edward Tocktoo. Let's see, it's case 2NO-S98-38 criminal. Mr. Tocktoo is present. Counsel, Ms. Bey is present, the state's represented by Mr. Vacek. What's the status of this matter?

MS. BEY: Your Honor, this was a case where, at the last time I had indicated there might be some issue of admissibility of prior offenses or incidents evidence, and as I got.....

THE COURT: Under the new 403?

MS. BEY: .....to looking at that it became more complicated and led to some issues of possibly need to sever counts and that sort of thing. So anyway I've just completed a motion to sever, and some issues regarding the possible use of prior offense information, and so I would be filing that at this time, and ask that this be continued to the May calendar for trial after resolution on the issues.

THE COURT: What's the state's position on the motion?

MR. VACEK: Haven't seen it yet, Judge (indiscernible -

## Page 346

interrupted).....

THE COURT: I mean the motion to continue, not.....

MR. VACEK: Oh. No opposition to the motion to continue.

THE COURT: All right. Very well then. Without opposition, the trial in Mr. Tocktoo's matter will be set for trial call on the May calendar, and the period of time between now and May the 19th will be waived at the request of the defense, and the state will respond to the motion in a timely fashion.

Ms. Bey, the -- I have attached a memo from you to the clerk requesting a list of grand jurors?

MS. BEY: Yes.

THE COURT: Very well. Does the state have an opposition to releasing the name of the grand jurors who sat on this matter?

MR. VACEK: I just responded to this motion in Kotzebue, Judge, and the state's response was that Rule 6, I think it was a provision of it, Rule 6(i) maybe, states that grand jury proceedings, including the selection of jurors are closed proceedings, secret proceedings, and are not subject to disclosure, except as later provided in the rules, and the rule provides that the defense may have a tape of the proceeding that actually concerned him, and I think the policy reason behind the exclusion of defendants having access to juror information is to prevent harassment of individual jurors, and

## Page 347

so the state's response in the Kotzebue case and here, is that the defendant's not entitled to a list of individual jurors.

THE COURT: Very well. All I want to do is find out what the position of the parties is, so -- and I'm not taking a position on it. All I'm ask Ms. Bey is, if you wish that, if you could more formally.....

MS. BEY: Okay.

THE COURT: .....make it in the form of a motion, the state can respond, and then we can -- then I'll address it at that time, rather than -- that's the only thing I wanted to talk about was -- is in the form of a motion, so I'll just make a note that you -- if you wish to, you'll follow this up with a motion.

MS. BEY: Okay.

MR. VACEK: I'll admit we're a little more concerned about it in Kotzebue, where the person asking is a pro se litigant, that -- there's some mental health issues, and -- not from the state.

THE CLERK: (Indiscernible) in what amount, Your Honor?

THE COURT: Bail was set originally in the amount of $10,000. That amount will continue, plus conditions to be set in the event it's posted.

THE CLERK: Thank you.

(Off record)

0177