```
 1              IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2                         SECOND JUDICIAL DISTRICT
 3   STATE OF ALASKA,          )
                               )
 4           Plaintiff,        )
                               )
 5       vs.                   )
                               )
 6   EDWARD TOCKTOO,           )
                               )
 7           Defendant.        )
     _____)
 8   Case No. 2NO-S98-38 CR
 9
10                      TRANSCRIPT OF PROCEEDINGS
11          HEARING ON DEFENDANT'S MOTION FOR NEW COUNSEL
12              May 14, 1998 - Pages 2 through 10
```

Gaylene's Word Services
(907) 338-3936

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10            HEARING ON DEFENDANT'S MOTION FOR NEW COUNSEL
11                   BEFORE THE HONORABLE BEN ESCH
                          Superior Court Judge
12
                                          Nome, Alaska
13                                        May 14, 1998
                                          1:30 o'clock p.m.
14   APPEARANCES:
15      FOR THE PLAINTIFF:
                                          JOHN VASEK
16                                        District Attorney
                                          KEVIN BURKE
17                                        Assistant District Attorney
                                          Box 160
18                                        Nome, Alaska
19      FOR THE DEFENDANT:
                                          KRISTEN J. BEY
20                                        Assistant Public Defender
                                          Box 203
21                                        Nome, Alaska
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2   2NOA-3785
 3   1713
 4             THE CLERK:  Superior Court for the State of Alaska,
 5   Second Judicial District, is now in session, the Honorable Ben
 6   Esch, Superior Court Judge, presiding.
 7             THE COURT:  Please be seated.  On the record here in
 8   the Superior Court matter of State versus Edward Tocktoo.
 9   This is case 2NO-S98-38.  This matter's been set on for a --
10   at the defendant's request for a motion.  Ms. Bey, can you --
11             MS. BEY:  A little clarification?
12             THE COURT:  Little bit.
13             MS. BEY:  Mr. Tocktoo was -- I guess it was on
14   Tuesday, I guess, was the last time we were talking, and he's
15   dissatisfied with me and is wanting to ask the court to give
16   him a different lawyer.
17             THE COURT:  Mr. Tocktoo, I'll be happy to listen to
18   what you have to say; however, you need to understand that the
19   process is not one that allows you to pick and choose.  So if
20   there's some reason -- particular reason why you feel you need
21   a new attorney, I'd be happy to hear it, but just sort of
22   generally unhappy with is not going to make it, is that clear?
23             MR. TOCKTOO:  Yes.
24             THE COURT:  All right.
25             MR. TOCKTOO:  It's just -- I just have a conflict of
```

1  interest in her, and I feel she's not representing me right.
2         THE COURT: Okay. Anything else?
3         MR. TOCKTOO: No, Your Honor.
4         THE COURT: All right. Now, when you say there's a
5  conflict of interest, in the law that's sort of a specific
6  term. It means that she's got somehow divided loyalties,
7  she's got some interest in somebody else as well as your own
8  but representing you. Who would that other person be?
9         MR. TOCKTOO: It -- the way I see it, it's just like
10 she was just trying to (indiscernible) me admit to these
11 crimes that are being charged on me.
12        THE COURT: Well, but that's not a conflict of
13 interest, you understand?
14        MR. TOCKTOO: Yes.
15        THE COURT: If she represented a victim, if she
16 represented a co-defendant--but that doesn't apply in this
17 case--if she had some personal friendship or some particular
18 reason why her loyalty, she had some particular involvement
19 with somebody else in this case, that might be something, but
20 conflict of interest is a special sort of circumstance. So do
21 you have any reason to believe she's got any connection with
22 anyone else in this case?
23        MR. TOCKTOO: No.
24        THE COURT: Okay. So let's back up, then. The
25 other ground you talked about is you don't think she's working

```
 1  hard enough to represent you.
 2          MR. TOCKTOO:  Yes.
 3          THE COURT:  All right.  And what -- what's that
 4  based on?
 5          MR. TOCKTOO:  Just --
 6          MS. BEY:  I think the other thing that Mr. Tocktoo
 7  mentioned, the lack of confidence, I think probably what also
 8  he's saying is that there just -- he doesn't feel there's an
 9  attorney-client relationship here, that he doesn't -- that
10  that's broken down and he doesn't feel like he has confidence
11  in what, if anything, I'm doing.  I think that's probably what
12  he's trying to say to the court.
13          THE COURT:  All right.  So, Mr. Tocktoo, you really
14  don't have any confident in your lawyer, is that what you're
15  saying?
16          MR. TOCKTOO:  Yeah.
17          THE COURT:  And -- and that's based on the fact that
18  the two of you have discussed possible resolutions of this
19  case with something other than a jury finding you not guilty
20  and you going home?
21          MR. TOCKTOO:  No, that's not -- I mean, it's not
22  that.  I just don't know how to put it.  I...
23          THE COURT:  And I realize this is not your normal
24  area.  I mean, you know, you don't operate in a courtroom like
25  I do and like Ms. Bey does and the prosecutor.  This is where
```

1  we work, and we understand what we're doing, and we have
2  certain words we use, but I need some sort of reason other
3  than, man, I just don't much like her, I mean, I'm not happy.
4  I -- we just don't have enough attorneys that that's grounds
5  for getting a new attorney when the state provides your
6  defense.
7           MR. TOCKTOO:  Uh-huh (affirmative).
8           THE COURT:  I mean, Ms. Bey has practiced in front
9  of me for a long time, and she's always worked hard for the
10 clients that I've seen, done a good job.  I -- from some of
11 the materials that have been filed on your behalf, it appears
12 that you've had other attorneys in the past, and maybe you're
13 somehow measuring what you're seeing she's doing with what
14 they did in the past, I don't know.  But I can indicate to you
15 that she's always seemed to be prepared, on top of the issues,
16 does a good job in front of a jury, communicates well, does
17 all the things that a lawyer should do.  If you could give me
18 some particular --
19          MR. TOCKTOO:  I think I would -- when you say
20 prepared, she was saying she's not prepared to take my case to
21 trial and it would be taking most of her time since she's got
22 other cases to do, too.
23          MS. BEY:  We --
24          MR. TOCKTOO:  She's been replying that to me.
25          MS. BEY:  Currently, Mr. Tocktoo's case is set for

```
 1  trial next week, and I've --
 2          THE COURT:  Indic --
 3          MS. BEY:  -- been telling him that I'm not ready to
 4  do a jury trial next week, and that based on needing some
 5  answers to motions that we filed --
 6          THE COURT:  Right.
 7          MS. BEY:  -- that we would be -- I would be
 8  requesting and that if he wants a trial fully -- I mean, we
 9  would -- if he insists on trial next week, we could have trial
10  next week, but --
11          THE COURT:  You can't have trial next week because
12  these motions are still outstanding.  I mean, those are issues
13  that have nothing to do with her.  It's simply that I've been
14  unavailable to address these motions, and I think it's
15  unlikely that I'm liable to have an answer.  Matter of fact, I
16  was working on this this morning, but it's unlikely I'm going
17  to have an answer in this case in time to have trial begin on
18  Tuesday, and that's not her fault.  She's got -- a motion's
19  filed, the state's opposed it, she's given me a good -- she's
20  given me a reply.  But when she says she's not ready to
21  proceed, it's not because she hasn't been doing anything.
22  It's simply because there are other things that -- my fault.
23          MR. TOCKTOO:  I just want her off my case, Your
24  Honor.
25          THE COURT:  I'm sorry?
```

```
 1            MR. TOCKTOO:  I just want her off my case.
 2            THE COURT:  I understand you -- that would be your
 3  choice if you had the choice.  Unfortunately, Mr. Tocktoo, you
 4  don't have the choice.  You just can't say, well, if I had my
 5  drothers, I'd rather have somebody else.  And I'm sorry
 6  that -- if you could give me a good reason, I'd certainly be
 7  happy to listen to it.  And I realize that anytime somebody
 8  comes in here and says, judge, I want a new lawyer, that
 9  creates some tension and problems between the lawyer and the
10  client, but I'm just -- without more -- without better reason,
11  I'm just not going to be able to grant your motion.
12            MR. TOCKTOO:  What about that she makes a motion
13  under rule 1 -- Alaska Court's Rule 116 to withdraw?
14            THE COURT:  Well, what would be your grounds for
15  that, irreconcilable breakdown of the attorney-client
16  relationship, Ms. Bey?
17            MS. BEY:  Well, I'll talk with Mr. Tocktoo again
18  about that, and that may be possible.  I don't -- I'll talk
19  with him --
20            THE COURT:  Okay.
21            MS. BEY:  -- kind of where we are from here and --
22            THE COURT:  Sure.  Well, Mr. Tocktoo, unfortunately,
23  without better evidence and better reasons on your part about
24  why you need a new attorney, I'm going to have to deny your
25  request for a new lawyer.
```

```
 1          MR. TOCKTOO:  Uh-huh (affirmative).
 2          THE COURT:  You two can talk some more, and you may
 3  be able to make some further efforts in some direction, but at
 4  this point I'm going to deny the motion.
 5          Anything further at this time?
 6          MS. BEY:  No, Your Honor.
 7          THE COURT:  Very well.  We'll stand in recess.
 8          THE CLERK:  Please rise.  Court will stand in recess
 9  subject to call.
10      (Off record)
11  2025
12                      - END OF PROCEEDING -
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    TRANSCRIBER'S CERTIFICATE

 2      I, M. GAYLENE LARRECOU, do hereby certify:

 3      That the foregoing pages 1 through 9 contain a full,

 4  true, and correct transcript of the above entitled

 5  proceedings; that the transcription was performed by me to the

 6  best of my knowledge and ability from the audio recording.

 7

 8  ____COPY_____        _____
    M. GAYLENE LARRECOU                   Date
 9  Court Reporter/Transcriber
    Alaska Court System Certified
10  United States Court Approved
    AAERT Certificate 00285
11
```

*Gaylene's Word Services*
*(907) 338-3936*