IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT NOME

STATE OF ALASKA, )
)
      Plaintiff, )
)
vs. )
)
EDWARD TOCKTOO, )
)
      Defendant. )
_____)

Case No. 2NO-98-38 CR

FILED in the Trial Courts
State of Alaska, Second District
at NOME

MAY 29 1998

### ORDER OF APPOINTMENT

In this matter, the Public Defender Agency has represented that the attorney client relationship has been significantly damaged, and the defendant has requested appointment of substitute counsel. The law firm of Larson, Timbers & Thomas likely have a conflict, and to further delay this case would be problematic. Therefore, Robert Lewis, contract attorney for the Office of Public Advocacy, is appointed to represent the defendant in this matter. The Public Defender Agency is withdrawn, and directed to transfer all police reports and other materials to Mr. Lewis as soon as possible. This matter is next scheduled for trial call at 9:00 a.m. on Monday, June 15, 1998.

DATED AT NOME, ALASKA This 29th day of May, 1998.

BEN ESCH
Superior Court Judge

I certify that on 5-29-98 a copy of the foregoing was faxed/given to:
DA, PD, Deft via fax
at AmCC and Lewis
via fax
Clerk: TBuie




