IN THE TRIAL COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT NOME

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | FILED in the Trial Courts |
| ) | State of Alaska, Second Distr. |
| EDWARD TOCKTOO, ) | |
| ) | JUN 5 1998 |
| Defendant. ) | |
| ) | By _____ Deputy |

Case No: 2NO-S98-00038 CR

ROBERT D. LEWIS
ATTORNEY AT LAW
805 WEST THIRD AVENUE, SUITE A
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 268-0071   TELEFAX: (907) 279-1858

**CERTIFICATION**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

**MOTION TO WITHDRAW AS COUNSEL AND ALTERNATIVELY, MOTION FOR CONTINUANCE OF TRIAL AND REQUEST FOR RULE 45 CALCULATION**

Counsel for defendant moves this court for an order withdrawing as attorney for defendant.

Counsel represents the following: I was appointed as substitute counsel on May 29, 1998. I received the Public Defender Agency file on June 1, 1998, and have reviewed it. I spoke with defendant in person at Anvil Mountain Correctional Center on June 5, 1998. At that time he expressed his desire to waive his right to counsel and to represent himself at trial June 15, 1998.

This waiver of counsel will require the court to inquire of the defendant, and counsel requests the matter be set on for such inquiry on June 5, 1998 at 1:30 p.m.

If the defendant's waiver of counsel is <u>not</u> accepted, and the Motion to Withdraw is <u>denied</u>,

MOTION TO WITHDRAW AS COUNSEL AND ALTERNATIVELY, MOTION
FOR CONTINUANCE OF TRIAL AND REQUEST FOR RULE 45 CALCULATION
State of Alaska vs. Edward Tocktoo, Case No: 2NO-98-00038 CR
Page 1

Exhibit H
Page 1 of 3

000279

counsel requests a one month continuance of the trial in order to adequately prepare. Counsel has a previously calendared, date-certain divorce trial (continued twice before) scheduled for June 17 in Naknek. One month continuance will suffice to prepare for this trial, and will result in the minimum adverse impact on the defendant.

Regardless of the court's decision on withdrawal, the defendant requests the court calculate the current Criminal Rule 45 expiration date. The defendant believes his speedy trial rights have been violated.

Counsel calculates the time expired under Rule 45 as follows:

> With a January 24, 1998 arrest date (per the defendant), there are 7 days in January, 28 days in February, 31 days in March, and 20 days in April, (when substantive motions were filed on the defendant's behalf, tolling the rule) resulting in 86 days through April 20. The court ruled on the motions on May 22, starting the rule running again, resulting in an additional 9 days in May and 5 days in June to date.

By counsel's calculation 100 days have expired on the rule through June 5, 1998. A trial June 15 would result in trial occurring on the 110th day.

DATED at Anchorage, Alaska this 5th day of June, 1998.

Robert D. Lewis
Attorney for Defendant

lodged 6-5-98

**ORDER**

Defendant's Motion for Withdrawal of Counsel is GRANTED/DENIED.

Trial date shall be _____.

ROBERT D. LEWIS
ATTORNEY AT LAW
805 WEST THIRD AVENUE, SUITE A
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 258-0871   TELEFAX: (907) 279-1858

MOTION TO WITHDRAW AS COUNSEL AND ALTERNATIVELY, MOTION FOR CONTINUANCE OF TRIAL AND REQUEST FOR RULE 45 CALCULATION
State of Alaska vs. Edward Tocktoo, Case No: 2NO-98-00038 CR

Page 2

_____ days have expired in Rule 45 to date.

DATED at Nome, Alaska this _____ day of June, 1998.

_____
Ben Esch
Judge of the Superior Court

**CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of June, 1998, a true and correct copy of the foregoing document was Hand-Delivered to the following:

John Vacek
District Attorney - Nome
P. O. Box 160
Nome, Alaska 99762

By:_____
Robert D. Lewis

C:\MyFiles\OPA\Tocktoo-Edward\withdraw-continue mot.wpd

ROBERT D. LEWIS
ATTORNEY AT LAW
805 WEST THIRD AVENUE, SUITE A
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 258-0071   TELEFAX: (907) 279-1858

MOTION TO WITHDRAW AS COUNSEL AND ALTERNATIVELY, MOTION FOR CONTINUANCE OF TRIAL AND REQUEST FOR RULE 45 CALCULATION
State of Alaska vs. Edward Tocktoo, Case No: 2NO-98-00038 CR

Page 3

Exhibit H
Page 3 of 3

000281      TOTAL P.04