To: Honorable Judge, Ben Esch
at Nome Trial Court

From: Edward Tocktoo
P.O. 730
A.M.C.C.
Nome Alaska, 99762



JUN 10 1998

2NO-98-38CR

I Edward Tocktoo, come before your court, your honor asking that you help or protect my rights on this issue of Rule 45 Speedy Trial. Your honor I ask you to hold a hearing on this matter, due to the fact that I cannot get an answer that I feel is in compliance to to Rule 45 and it also occurred to me that reading Rule 45, my attorney Kristen Bey only file motions to prolong the time for the District Attorney, and help the both of them try and get me to accept a deal. I took a deal once before and it hurt me, but this time I am fighting it all the way, and I hope with the evidence and the people of Brevig Mission behind me and you your honor, we will find the truth that I am not guilty. Again I ask you, your Honor and come before your court as indigent man and ask this court again for guidance in my situation with counsel which under Art.1§7 (G) Right to Counsel, the way I read this section, is I am at the mercy of the court to assign me counsel regardless of indifferences with my Prior Counsels Kristen Bey and Robert Lewis.

Thank You,
Edward Tocktoo

*Edward Tocktoo*

I certify that on __6-12-98__
a copy of the foregoing was mailed/given to:
__DA__

Clerk __TBuie__

000273