IN THE TRIAL COURT FOR THE STATE OF ALASKA
SECOND JUDICIAL DISTRICT AT NOME

STATE OF ALASKA          )
                         )
                         )
VS                       )
                         )
                         )
EDWARD TOCKTOO           )
                         )
                         )
                         )

Filed in the Trial Courts
of Alaska, Second District
at NOME

JUN 2 4 1998

Case No: 2NO-S98-00038 CR

MOTION FOR NEW TRIAL

I Edward Tocktoo, through counsel respectfully moves to Honorable Court for a new trial on the following grounds:

(1) Ineffective counsel-Unqualified to Represent myself, Cited Emmet Evans vs State of Alaska, 822 P.2d 1370 (Alaska 1991).

(2) Due Process-Court failed to protect my Right on Art.1§7(G) Right to Counsel, Otton vs Zaborac, 525 P2d, 537 (Alaska 1974)

(3) My Right to Due Process in all evidence and witness to present them in court.

(4) Bias Judge- Judge seem prejudice against defendant.

(5) Insufficient evidence and District Attorney was basing the evidence on my prior record.

(6) Juror Robert Kauer, should have been disqualified by the Judge and the District Attorney, or by his own will. Do to the fact of his past relationship with the court system and the District Attorney's office, for he was once the Cheif of Police here in Nome, Alaska.

(7) Judge's failure to refer me back to the Public Advocate Office for reappointment of counsel, do to Mr. Lewis withdraw because of prior commitment in Naknek.

DATED at A.M.C.C. Nome, Alaska this 22nd of June 1998

I certify that on 6-29-98
a copy of the foregoing was mailed/given to:
DA

Clerk TBuie

*Edward Tocktoo* 6-22-98
Edward Tocktoo

000203