Index of Exhibits

A    Indictment, January 23, 1998

B    Arrest Warrant, January 24, 1998

C    Order Appointing Counsel, January 24, 1998

D    Omnibus Hearing Order, March 16, 1998

E    Call of Calendar, April 20, 1998 (Transcript)

F    Hearing on New Counsel Motion, May 14, 1998 (Transcript)

G    Order Appointing New Counsel, May 29, 1998

H    Motion to Withdraw, June 5 (or 4), 1998

I    Hearing on Self-Representation, June 5 (or 4), 1998 (Transcript)

J    Mr. Tocktoo's Letter to Court Requesting "Guidance" Regarding Counsel, June 10, 1998

K    Call of Calendar, June 15, 1998 (Transcript)

L    Trial Excerpts, June 16-17, 1998

M    Motion for New Trial, June 22, 1998

N    Rebuttal to States Opposition for New Trial, July 12, 1998