IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EDWARD TOCKTOO,<br><br>       Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>       Respondent. | Case No. 3:04-cv-0117-RRB<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

      Before the Court, at Docket 24, is Petitioner's Motion for Stay of Proceedings. The Court has also reviewed Petitioner's Report and Brief in Support of Post-Conviction Relief at Docket 32.

      It appears that Petitioner has yet to exhaust all of his State court remedies with proceedings in State court on-going. It is therefore premature for the Court to consider the pending Petition for Writ of Habeas Corpus at Docket 2. Said Petition is therefore **DISMISSED** without prejudice. In the event Petitioner desires to file a subsequent petition after all State court

proceedings are resolved, he may receive credit for any fees paid in this matter.

        **IT IS SO ORDERED**.

    ENTERED this 28th day of November, 2006.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE