**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
EDWARD TOCKTOO,
        Plaintiff,
                                    Case Number 3:04-cv-00117-RRB
v.

CRAIG TURNBULL,
        Defendant.             JUDGMENT IN A CIVIL CASE
```

\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT the Petitioner still has on-going State court proceedings, and that the plaintiff's petition is premature and DISMISSED WITHOUT PREJUDICE.


APPROVED:


_____
 s/RALPH R. BEISTLINE
 United States District Judge

_____
 Date: December 4, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                IDA ROMACK
        Ida Romack, Clerk of Court

[ ]{JMT2.WPT*Rev.3/03}